IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS SMITH | : | Case No. 1:08CV234 |
| Plaintiff | : | (Judge S. Arthur Spiegel) |
| vs. | : | DEFENDANT'S MOTION TO STAY FURTHER PROCEEDINGS |
| SIMON LEIS, SHERIFF, ET AL. | : | IN THIS CASE PENDING THE COURT'S DECISION ON |
| Defendant | : | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Hamilton County Municipal Court, Sheriff Simon Leis in his official capacity, and Deputy Eric Copenhaver, in his official and individual capacities, (collectively referred to as "Defendants")[1], hereby move this Court to stay any further proceedings in this action pending the Court's ruling on Defendants' Motion for Summary Judgment. (Doc. 52 and 69) The basis and reasoning for Defendants' Motion are more fully set forth in the Memorandum attached below.

---

[1] Hamilton County Municipal Court is not *sui juris*, and by making this Motion to Stay, it does not waive its defense that it is not a proper party for this action.

Respectfully submitted,

___/s/ Michael G. Florez_____
Michael G. Florez, 0010693P
Michael.Florez@HCPros.org
Pamela J. Sears, 0012552P
Pam.Sears@HCPros.org
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
513-946-3229 Florez
513-946-3082 Sears
Fax: 513-946-3018

## MEMORANDUM

## I.      PROCEDURAL POSTURE OF THIS CASE

On June 1, 2009, Defendants filed a Motion for Summary Judgment under the Court's original scheduling order for dispositive motions.  (Doc. 12)  The Court extended the Plaintiff's response date to July 15, 2009. (Doc. 57)  Defendants' motion asserts sovereign immunity, judicial immunity, qualified immunity and quasi-judicial immunity that dispose of this action.  Plaintiff has not responded to this motion.  The Court has not ruled on Defendants' Motion.

Also before the Court are motions by Plaintiff for Class Certification (Doc. 8) and a motion by Ohio Association of Criminal Defense Lawyers and Greater Cincinnati Criminal Defense Lawyers Association for Leave to File Brief *Amicus Curiae* (Doc. 67). Defendants have until June 30, 2009 to respond to the motion for leave to file brief *amicus curiae*.

Plaintiff has filed an amended complaint.  (Doc. 71)  Defendants have until July 10, 2009 to answer the amended complaint.  The Court has scheduled a Hearing on the

Motion to Certify the Class on June 16, 2009.  (Doc. 51)  Defendants must continue to defend this action and must continue to engage in discovery without a decision on their immunity defenses set forth in the Motion for Summary Judgment.

## II.      ARGUMENT

### A.      The Court must stay any further proceedings in this case until after it has decided Defendants' Motion for Summary Judgment.

Without a stay of proceedings in this action, Defendants are required to respond to the motion for leave to file brief *amicus curiae*, and to answer the Plaintiff's amended complaint.  Further, Defendants have not begun discovery on the two substituted putative class representatives.  For this reason alone, the Court's Hearing on the Motion to Certify set for Tuesday, June 16th is not ripe.  Without a stay of proceedings, Defendants are required to defend this action while their motion claiming immunity remains undecided.

"Questions of immunity should be resolved "at the earliest stage in litigation," or else the "driving force" behind the immunity – avoiding unwarranted discovery and other litigation costs – will be defeated."  *Pearson v. Callahan*, 129 S.Ct. 808, 815 (2009).[2] The [Sixth Circuit] has held on multiple occasions that, when faced with a motion on qualified immunity, a district court *cannot* avoid ruling on the issue.[3]  Similarly, the Sixth Circuit has held that sovereign immunity to protect the State's dignitary interests should be decided at the earliest possible date.[4]

---

[2] *Everson v. Leis*, 556 F.3d 484, 492 (6th Cir. 2009)

[3] *Everson v. Leis*, 556 F.3d 484, 492 (6th Cir. 2009) citing *Summers v. Leis*, 368 F.3d 881 (6th Cir. 2004); *Skousen v. Brighton High School*, 305 F.3d 520 (6th Cir. 2002).  See also *Wallin v. Norman*, 317 F.3d 558 (6th Cir. 2003)

[4]  *Kelly v. Great Seneca Financial Corp.*, 447 F.3d 944 (6th Cir. 2006); See also *Lewis v. Stellingworth*, Slip Copy, 2009 WL 1384149 E.D.Mich.,2009 (absolute quasi-judicial immunity for deputy for searching and seizing plaintiff pursuant to judge's court order)  See *Bush v. Rauch*, 38 F.3d 842, 847 (6th Cir.1994) (recognizing that non-judicial officers enforcing or executing court orders are entitled to absolute immunity)

Defendants have asserted the defense of qualified immunity and move for a stay of discovery. Qualified immunity is immunity from suit rather than a mere defense to liability.[5] Until the threshold immunity question is resolved, discovery should not be allowed.[6] Defendants are entitled to a stay of discovery and a stay of further proceedings until this Court decides the Motion for Summary Judgment.

### III. CONCLUSION

For the foregoing reasons, County Defendants are entitled to a stay on all proceedings, including discovery, in this action pending the decision of the Court on Defendants' Motion for Summary Judgment.

Respectfully submitted,

__/s/ Michael G. Florez_____
Michael G. Florez, 0010693P
Michael.Florez@HCPros.org
Pamela J. Sears, 0012552P
Pam.Sears@HCPros.org
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
513-946-3229 Florez
513-946-3082 Sears
Fax: 513-946-3018

---

[5] See *Siegert v. Gilley*, 500 U.S. 226, 233, 111 S.Ct. 1789, 114 L.Ed.2d 277 (1991); *Skousen v. Brighton High School*, 305 F.3d 520, 526 (6th Cir.2002).

[6] See *Harlow v. Fitzgerald*, 457 U.S. 800, 818, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982); *Skousen*, 305 F.3d at 526.

4

5

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically via the CM/ECF electronic filing system and a copy will be electronically served upon each party or attorney of record in the proceedings on the 12th day of June, 2009.

    __/s/ Michael G. Florez_____
    Michael G. Florez, 0010693P
    Assistant Prosecuting Attorney

314913

5